JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG KOO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERZY ZINIEWICZ D/B/A ZIG'S; and DOES 1 to 10,<br><br>　　　　　Defendants. | CV 19-10304-RSWL-AS<br><br>**JUDGMENT** |

**WHEREAS**, on April 16, 2020, the Court Clerk entered default against Defendant Jerry Ziniewicz d/b/a Zig's ("Defendant") [16], pursuant to Federal Rule of Civil Procedure 55(a),

**WHEREAS**, this Court **GRANTED** Plaintiff Yong Koo's ("Plaintiff") Application for Default Judgment [18],

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff and against Defendant, in accordance with this Court's previous Order granting Plaintiff's Application for Default

1

Judgment.  Costs are awarded to Plaintiff in the amount of $440.00.

Furthermore, the Court **GRANTS** Plaintiff's request for entry of an injunction, and **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Defendant shall provide accessible parking and access aisles at the property located at or about 6821 White Oak Ave., Reseda, California, California in compliance with the Americans with Disabilities Act Accessibility Guidelines.

As no Defendants remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: September 1, 2020      /s/ Ronald S.W. Lew

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge